**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Riverson Samuel Leonard Jr.                                    Case No. 05-02470-8D3
AKA: Riverson Leonard; Rip Leonard
Debtor(s)
_____/

---

**TRUSTEE'S FINAL REPORT AND ACCOUNTING**

---

Terry E. Smith, Chapter 13 Standing Trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that this estate has been fully administered. A Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain.

Therefore, pursuant to FRBP 5009, the Trustee requests that this final account be accepted, and that the Court order the case closed and discharge the Trustee of any further duties.

   Dated March 24, 2009.

                                            /s/ Terry E. Smith
                                            Terry E. Smith
                                            Chapter 13 Standing Trustee
                                            P.O. Box 6099
                                            Sun City Center, FL  33571
                                            Phone (813) 658-1165
                                            Fax (813) 658-1166

TES/rg

# United States Bankruptcy Court
## FOR THE
## Middle District of Florida

IN RE:   Riverson Samuel Leonard Jr.                          CASE No. 05-02470-8D3
805 Harbor Drive
Belleair Beach, FL  33786

## FINAL REPORT AND ACCOUNT
DATED:  03/24/2009
Dismissed

Pursuant to Chapter 13 Rule 2015(a)(6), your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and as provided by Chapter 13 Rule 2015(a)(6) are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.       $93,756.00

1) Payments to creditors classified as "Continue" or "Secured" may include a combined payment made up of principal, interest, escrow, and/or other applicable components, even though the amount paid only reflects a "principal" payment in this report.

2) The "claim number" reflected in this report is the Chapter 13 Trustees systems number, which may not be the same as the court claim number.

| Claim Number | Creditor's Name | Classification | Amount Allowed | Amount Paid Principal | Interest | Balance Due |
|---|---|---|---|---|---|---|
| 001 | | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| 511 | Michael C. Markham, Esq. | Legal | 500.00 | 500.00 | 0.00 | 0.00 |
| 999 | Riverson Samuel Leonard Jr. | Debtor Refund | 85,755.52 | 85,755.52 | 0.00 | 0.00 |

Interest                      $0.00
Trustee Commission    $7,500.48
Total Disbursements    $93,756.00

Attorney               : Michael C. Markham, Esq.
Date Filed          : 2/14/2005
Date Confirmed   :
Date Terminated  : 03/24/2009

/s/ Terry E. Smith
TRUSTEE

Case Status Report
Tampa Division Terry E. Smith, Chapter 13 Standing Trustee
Status of Case as of 03/24/2009 01:59 PM
Dismissed on 03/24/2009 - Final Rpt
Not Confirmed

Page 1
Chapter 13

**05-02470-8-D**

Riverson Samuel Leonard Jr.
805 Harbor Drive
Belleair Beach FL 33786

Atty: Michael C. Markham, Esq.
(727)461-1818
Dismissed
Emplyr:

-12 Rmng of 36 Mos. @ **$2,404.00 /mo.**
Percent Pay Uns 0
SSN: xxx-xx-5373 xxx-xx-
Debtor Plan Payment: $2,404.00 / M

Debtor Type: Individual

----- Last 6 Payments -----

| | | | |
|---|---|---|---|
| Filed | 02/14/2005 | 7/3/2008 $2,404.00 | 4/1/2008 $2,404.00 |
| First Mtg | 04/12/2005 | 6/3/2008 $2,404.00 | 3/4/2008 $2,404.00 |
| Confirm Mtg Reset | 07/30/2008 | 5/2/2008 $2,404.00 | 1/29/2008 $2,404.00 |
| Plan Filed | | | |
| Start Pmts | 04/01/2005 | | |
| Bar Date | 06/20/2005 | | |

Total Paid In $93,756.00

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHASE AUTOMOTIVE | | | 001-0 | | Sec | | | 20 | $0.00 | | | | $0.00 |
| COUNTRYWIDE HOME LOAN | | | 002-0 | | Sec | | | 20 | $0.00 | | | | $0.00 |
| COUNTRYWIDE HOME LOANS | | | 003-0 | | Sec | | | 20 | $0.00 | | | | $0.00 |
| WACHOVIA | | | 004-0 | | Sec | | | 20 | $0.00 | | | | $0.00 |
| BP AMACO / RESURGENT CAPITAL | | | 005-0 | | Uns | | | 75 | $0.00 | | | | $0.00 / 0.00 |
| BRIGHT HOUSE NET | | | 006-0 | | Uns | | | 75 | $0.00 | | | | $0.00 / 0.00 |
| CHEVRON PRODUCTS CO | | | 007-0 | | Uns | | | 75 | $0.00 | | | | $0.00 / 0.00 |
| CITIBANK | | | 008-0 | | Uns | | | 75 | $0.00 | | | | $0.00 / 0.00 |
| FIRST NATIONAL | | | 009-0 | | Uns | | | 75 | $0.00 | | | | $0.00 / 0.00 |
| INTERNAL REVENUE SERVICE | | | 010-0 | | Uns | | | 75 | $0.00 | | | | $0.00 / 0.00 |
| MUSCO & ASSOCIATES / ACCOUNTI | | | 011-0 | | Uns | | | 75 | $0.00 | | | | $0.00 / 0.00 |
| PROVIDIAN | | | 012-0 | | Uns | | | 75 | $0.00 | | | | $0.00 / 0.00 |
| SOUTH TRUST BANK | | | 013-0 | | Uns | | | 75 | $0.00 | | | | $0.00 / 0.00 |
| TEXACO / RESURGENT CAPITAL | | | 014-0 | | Uns | | | 75 | $0.00 | | | | $0.00 / 0.00 |
| WACHOVIA BANK | | | 015-0 | | Uns | | | 75 | $0.00 | | | | $0.00 / 0.00 |
| Michael C. Markham, Esq. MARKHAM,M | | | 511-0 | 9/11/2008 | Lgl | | | 16 | $500.00 | $500.00 | $500.00 | | $0.00 |
| Terry E. Smith, Expense 00000011 | | | 650-0 | 9/11/2008 | Tru E | | | 80 | $7,457.02 | $7,457.01 | $7,457.01 | | $0.01 |
| | | | 999-0 | 9/11/2008 | Rfd | | | 89 | $85,755.52 | $85,755.52 | $85,755.52 | | $0.00 |
| Terry E. Smith, Commission 00000010 | | | TRS-0 | 9/11/2008 | Tru | | | 00 | $43.48 | $43.47 | | | $0.01 |

| | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $101,213.03 | $93,756.00 | | $0.00 |
| | | | | | | | | Amount Available | | $0.00 |
| Total Debt | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $93,212.53 | Funds Held | | $0.00 |
| Total Paid | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $93,256.00 | Principal Balance | | $0.02 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | | |
| Balance Due | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.02 | Delinquent | | $21,636.00 |

| Entered | Action | Clm Code | ---- Case Notes ---- |
|---|---|---|---|
| 08/07/08 | | | Doc #: 160 - Order Denying Confirmation of Chapter 13 Plan and Dismissing Case |
| 08/07/08 | | | (effective date delayed) (related document(s)[157]). Signed on 8/7/2008 |
| 08/07/08 | | | (Howsmon, Patricia) |

Case Status Report
Tampa Division Terry E.Smith, Chapter 13 Standing Trustee
Status of Case as of     03/24/2009   01:59 PM
Dismissed on 03/24/2009 - Final Rpt
Not Confirmed

Page   2
Chapter 13

05-02470-8-D
Riverson Samuel Leonard Jr.
-12 Rmng of 36 Mos. @ $2,404.00 /mo.
Percent Pay Uns     0

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

07/11/08  Doc #: 157 - Order Continuing and Rescheduling Confirmation. Hearing scheduled
07/11/08  for 7/30/2008 at 11:00 AM at Tampa, FL - Courtroom 9B, Sam M. Gibbons United
07/11/08  States Courthouse, 801 N. Florida Avenue.  Signed on 7/11/2008 (Mills, Lisa)
07/08/08  Doc #: 155 - Amended Chapter 13 Plan  Filed by Michael C Markham on behalf of
07/08/08  Debtor Riverson Samuel Leonard Jr (related document(s)[8]).  (Markham, Michael)
07/02/08  Doc #: 154 - Amended Objection to Confirmation of Chapter 13 Plan  Filed by
07/02/08  Philip Doyle on behalf of Creditor United States (related document(s)[129],
07/02/08  [8]).  (Doyle, Philip)
06/13/08  Doc #: 152 - Order Continuing and Rescheduling Confirmation. Hearing scheduled
06/13/08  for 7/9/2008 at 09:30 AM at Tampa, FL - Courtroom 9B, Sam M. Gibbons United
06/13/08  States Courthouse, 801 N. Florida Avenue.  Signed on 6/13/2008 (Mills, Lisa)
05/29/08  Debtor sending pmt over night tomorrow
05/28/08  Doc #: 150 - Order Granting Motion To Continue/Reschedule Hearing on
05/28/08  Confirmation and Enlargement of Time on Related Deadlines (Related Doc #
05/28/08  [148]). Signed on 5/28/2008. Hearing scheduled for 7/9/2008 at 09:30 AM at
05/28/08  Tampa, FL - Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 N.
05/28/08  Florida Avenue.  (HYPERLINK "mailto:Lisa_Mills@flmb.uscourts.gov"Mills, Lisa )
05/22/08  Doc #: 149 - Notice of Change of Address  Filed by Creditor National Financial
05/22/08  Holdings, LLC.  (Mills, Lisa)
05/19/08  Doc #: 148 - Unopposed Motion to Continue/Reschedule Hearing On Confirmation
05/19/08  and Enlargement of Time on Related Deadlines Filed by Michael C Markham on
05/19/08  behalf of Debtor Riverson Samuel Leonard Jr (related document(s)[146]).
05/19/08  (Markham, Michael)
04/28/08  Debtor will overnight pymt today.
04/02/08  Doc #: 146 - Order Granting Motion To Continue/Reschedule Hearing on
04/02/08  Confirmation (Related Doc # [145]). Signed on 4/2/2008. Hearing scheduled for
04/02/08  5/29/2008 at 10:00 AM at Tampa, FL - Courtroom 8A, Sam M. Gibbons United States
04/02/08  Courthouse, 801 N. Florida Avenue.  (HYPERLINK "mailto:Lisa_Mills@flmb.uscourts.
04/02/08  gov"Mills, Lisa )
03/20/08  Doc #: 145 - Unopposed Motion to Continue/Reschedule Hearing On confirmation
03/20/08  Filed by Philip Doyle on behalf of Creditor United States (Doyle, Philip)
02/29/08  Doc #: 141 - Motion for Reconsideration of Order Modifying the Automatic Stay
02/29/08  and Request for Hearing Filed by Michael C Markham on behalf of Debtor Riverson
02/29/08  Samuel Leonard Jr (related document(s)[140]).  (Markham, Michael)
02/29/08  Doc #: 140 - Order Granting Motion For Final Relief From Stay based upon
02/29/08  Default for Countrywide Home Loans (Related Doc # [139])  Signed on 2/29/2008.
02/29/08  (HYPERLINK "mailto:Lisa_Mills@flmb.uscourts.gov"Mills, Lisa )
02/28/08  Debtor called going to overnight pmt tomorrow for Feb 08 pmt
10/29/07  Debtor sending pmt by Nov 1
06/29/07  Doc #: 121 - Order Continuing and Rescheduling (Confirmation). Hearing
06/29/07  scheduled for 9/6/2007 at 09:00 AM at Tampa, FL - Courtroom 8A, Sam M. Gibbons
06/29/07  Courthouse, 801 N. Florida Avenue.  Signed on 6/29/2007 (Arciola, Pam)
04/24/07  Deb.called will overnight payment today and wants auto debit restarted for 5-17
03/15/07  Conf. hearing set for June 7, 2007 at 9:00 am
03/14/07  Doc #: 119 - Order Granting Motion To Reinstate Case and Continuing
03/14/07  Confirmation Hearing (Related Doc # [115]). Signed on 3/14/2007.  Confirmation
03/14/07  hearing to be held on 6/7/2007 at 09:00 AM at Tampa, FL - Courtroom 8A, Sam M.
03/14/07  Gibbons Courthouse, 801 N. Florida Avenue.  (HYPERLINK
03/14/07  "mailto:Pamella_Arciola@flmb.uscourts.gov"Arciola, Pam )
03/09/07  3-14-07-  O/reinstating 3-9-07 -Theresa
03/08/07  Debtor will fax ltr to start a/d in Apr 17
03/08/07  Rec'd a/d ltr to start 4/17/07(same bank info as before, per debtor ltr)
02/15/07  Doc #: 117 - Order Scheduling Hearing on Motion for Rehearing or
02/15/07  Reconsideration (related document(s)[115]). Hearing scheduled for 3/1/2007 at
02/15/07  10:00 AM at Tampa, FL - Courtroom 8A, Sam M. Gibbons Courthouse, 801 N. Florida
02/15/07  Avenue.  Signed on 2/15/2007 (Arciola, Pam)
02/06/07  Doc #: 115 - Motion to Reinstate Case  Filed by Michael C Markham on behalf of
02/06/07  Debtor Riverson Samuel Leonard Jr (related document(s)[114]).  (Markham,
02/06/07  Michael)
02/06/07  Debtor Atty will file Motion to Reinstate.
02/05/07  Doc #: 114 - Order Dismissing Case (Confirmed) for failure to make plan
02/05/07  payments.  Signed on 2/5/2007 (Arciola, Pam)
02/01/07  Terminated a/d -dismiss-2-5-07
01/31/07  Atty is overnighting pymt of 4808.00 today.
01/30/07  Doc #: 112 - Order Denying Motion to Dismiss  Case (without prejudice) (Related
01/30/07  Doc # [39]). Signed on 1/30/2007.  (HYPERLINK "mailto:Pamella_Arciola@flmb.uscou
01/30/07  ts.gov"Arciola, Pam )
01/30/07  Submitted Order Dismissing Case
12/26/06  A/d returned- Ins funds - $2404.00 due by Jan 12

Case Status Report
Tampa Division Terry E. Smith, Chapter 13 Standing Trustee          Page    3
Status of Case as of     03/24/2009   01:59 PM                       Chapter 13
05-02470-8-D                    Dismissed on 03/24/2009 - Final Rpt
         Riverson Samuel Leonard Jr.         Not Confirmed            -12 Rmng of 36 Mos. @ $2,404.00 /mo.
                                                                      Percent Pay Uns    0

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

12/15/06   Doc #: 99 - Witness List Filed by Michael C Markham on behalf of Debtor
12/15/06   Riverson Samuel Leonard Jr.  (Markham, Michael)
12/13/06   Doc #: 98 - Motion and Order Requesting Permission to Appear Telephonically for
12/13/06   Confirmation Hearing Filed by Richard D Euliss on behalf of Creditor Internal
12/13/06   Revenue Service (related document(s)[83]).  (Euliss, Richard)
11/21/06   Doc #: 96 - Exhibit List and Witness List Filed by Richard D Euliss on behalf
11/08/06   Doc #: 94 - Order Granting Motion To Continue/Reschedule Hearing (Re: IRS'
11/08/06   Motion to Dismiss Case) (Related Doc # [91]). Signed on 11/8/2006. Hearing
11/08/06   scheduled for 1/23/2007 at 01:30 PM at Tampa, FL - Courtroom 8A, Sam M. Gibbons
10/06/06   Doc #: 92 - Agreed Order on Motion for Reconsideration of Order Granting Motion
10/06/06   to Determine Secured Status of JP Morgan Chase and Denying Stay Relief (related
10/06/06   document(s)[75]). Signed on 10/6/2006 (Arciola, Pam)
09/26/06   Doc #: 90 - Notice of Transfer/Assignment of Claim and Waiver of Opportunity to
09/26/06   Object. Original Claimant: B LINE LLC FIRST NATIONAL BANK OF MARIN, Transferee:
09/26/06   National Financial Holdings, LLC, Series D. (Cypress Capital Partners, LLC, )
09/20/06   Doc #: 87 - Order Scheduling Final Evidentiary Hearing (related
09/20/06   document(s)[75]). Hearing scheduled for 10/11/2006 at 10:00 AM at Tampa, FL -
09/20/06   Courtroom 8A, Sam M. Gibbons Courthouse, 801 N. Florida Avenue.  Signed on
09/20/06   9/20/2006 (Arciola, Pam)
09/20/06   Doc #: 86 - Order Scheduling Final Evidentiary Hearing (related
09/20/06   document(s)[39]). Hearing scheduled for 11/15/2006 at 01:30 PM at Tampa, FL -
09/20/06   Courtroom 8A, Sam M. Gibbons Courthouse, 801 N. Florida Avenue.  Signed on
09/20/06   9/20/2006 (Arciola, Pam)
09/18/06   Doc #: 82 - Notice of Continued Hearing on Amended Motion for Relief from Stay
09/18/06   by JP Morgan Chase (related document(s)[76]). Hearing scheduled for 10/11/2006
09/18/06   at 10:00 AM at Tampa, FL - Courtroom 8A, Sam M. Gibbons Courthouse, 801 N.
09/18/06   Florida Avenue.  (CLARK, BARRY)
09/18/06   Doc #: 83 - Order Continuing and Rescheduling Confirmation Hearing. Hearing
09/18/06   scheduled for 12/21/2006 at 09:00 AM at Tampa, FL - Courtroom 8A, Sam M.
09/18/06   Gibbons Courthouse, 801 N. Florida Avenue.  Signed on 9/14/2006 (Craig, Sean)
08/17/06   Doc #: 80 - Notice of Rescheduled Hearing Motion for Rehearing or
08/17/06   Reconsideration and Scheduling Hearing of Order Granting Motion to Determine
08/17/06   Secured Status of JP Morgan Chase (related document(s)[77]). Hearing scheduled
08/17/06   for 8/24/2006 at 10:00 AM at Tampa, FL - Courtroom 8A, Sam M. Gibbons
08/17/06   Courthouse, 801 N. Florida Avenue.  (CLARK, BARRY)
08/07/06   Doc #: 76 - Notice of Continued Hearing Amended Motion for Relief from Stay by
08/07/06   JP Morgan Chase (related document(s)[71], [60]). Hearing scheduled for
08/07/06   8/24/2006 at 10:00 AM at Tampa, FL - Courtroom 8A, Sam M. Gibbons Courthouse,
08/07/06   801 N. Florida Avenue.  (CLARK, BARRY)
07/26/06   Doc #: 75 - Motion for Reconsideration of Order Granting Motion To Determine
07/26/06   Secured Status Filed by Gary J Lublin on behalf of Creditor JP Morgan Chase
07/26/06   Bank, N.A. a/k/a Chase Manhattan Auto Finance Corp. (related document(s)[73]).
07/26/06    (Attachments: # (1) Exhibit A NADA as of February 2005) (Lublin, Gary)
07/17/06   Doc #: 73 - Order Granting Motion to Determine Secured Status of JP Morgan
07/17/06   Chase (Related Doc # [61]). Signed on 7/17/2006.  (HYPERLINK
07/17/06   "mailto:Pamella Arciola@flmb.uscourts.gov "Arciola, Pam )
07/05/06   Doc #: 70 - Response to Amended Objection to Claims of IRS and Motion to
07/05/06   Determine Tax Liability Filed by Richard D Euliss on behalf of Creditor
07/05/06   Internal Revenue Service (related document(s)[67]).  (Euliss, Richard)
06/13/06   Doc #: 64 - Order Denying Amended Motion For Relief From Stay : Granting
06/13/06   Adequate Protection as to JP Morgan Chase Bank, N.A. a/k/a Chase Manhattan
06/13/06   Bank, USA N.A. (Related Doc # [60]) Signed on 6/1/2006.
06/13/06   Doc #: 67 - Amended Objection to Claim(s).  Claim Nos. 3, 6, 14, 15 and 16,  of
06/13/06   the Internal Revenue Service and Motion to Determine Tax Liability Filed by
06/13/06   Michael C Markham on behalf of Debtor Riverson Samuel Leonard Jr (Markham,
06/13/06   Michael)
06/13/06   Doc #: 68 - Order Granting Motion To Continue/Reschedule Hearing on Objection
06/13/06   to IRS Claims, Motion to Dismiss Case and Confirmation (Related Doc # [66]).
06/13/06   Signed on 6/7/2006. Hearing scheduled for 8/24/2006 at 10:00 AM at Tampa, FL -
06/13/06   Courtroom 8A, Sam M. Gibbons Courthouse, 801 N. Florida Avenue.
03/13/06   Doc #: 52 - Notice of Continued Hearing on Motion to Dismiss Case by the
03/13/06   Internal Revenue Service (related document(s)[39]). Hearing scheduled for
03/13/06   4/6/2006 at 09:00 AM at Tampa, FL - Courtroom 8A, Sam M. Gibbons Courthouse,
03/13/06   801 N. Florida Avenue.  (Arciola, Pam)
02/03/06   Doc #: 50 - Order Substituting Debtor's Counsel (related document(s)[49]).
02/03/06   Signed on 2/3/2006 (Arciola, Pam)
01/31/06   Doc #: 49 - Joint Stipulation for Substitution of Debtor's Counsel Filed by
01/31/06   Michael C Markham on behalf of Attorney Michael Markham.  (Markham, Michael)

01/09/06   01/09/06        CP   Automatic payment starting 1/17/06

Case Status Report
Tampa Division Terry E. Smith, Chapter 13 Standing Trustee                                           Page    4
Status of Case as of        03/24/2009   01:59 PM                                                    Chapter 13
05-02470-8-D                                 Dismissed on 03/24/2009 - Final Rpt
                    Riverson Samuel Leonard Jr.         Not Confirmed                   -12 Rmng of 36 Mos. @ $2,404.00 /mo.
                                                                                        Percent Pay Uns     0

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Date | Entry |
|---|---|
| 12/30/05 | Doc #: 47 - Order Continuing and Rescheduling CONFIRMATION. Hearing scheduled |
| 12/30/05 | for 4/6/2006 at 09:00 AM at Tampa, FL - Courtroom 8A, Sam M. Gibbons |
| 12/30/05 | Courthouse, 801 N. Florida Avenue. Signed on 12/30/2005 (Arciola, Pam) |
| 12/28/05 | Doc #: 16 - |
| 12/27/05 | REc Authorization for Auto Debit beg 1/17/06 |
| 12/12/05 | Doc #: 15 - |
| 12/06/05 | Doc #: 14 - |
| 11/12/05 | Doc #: 45 - BNC Certificate of Mailing - Notice of Hearing (related document(s) |
| 11/12/05 | (Related Doc # [43]).   Service Date 11/11/2005.   (Admin.) |
| 11/09/05 | Doc #: 44 - Order Continuing and Rescheduling CONFIRMATION. Hearing scheduled |
| 11/09/05 | for 12/15/2005 at 09:00 AM at Tampa, FL - Courtroom 8A, Sam M. Gibbons |
| 11/09/05 | Courthouse, 801 N. Florida Avenue. Signed on 11/9/2005 (Arciola, Pam) |
| 11/09/05 | Doc #: 43 - Notice of Preliminary Hearing on Motion to Dismiss Chapter 13 Case |
| 11/09/05 | (related document(s)[39]). Hearing scheduled for 12/15/2005 at 09:00 AM at |
| 11/09/05 | Tampa, FL - Courtroom 8A, Sam M. Gibbons Courthouse, 801 N. Florida Avenue. |
| 10/27/05 | Doc #: 39 - Motion to Dismiss Case Filed by Richard D Euliss on behalf of |
| 10/27/05 | Creditor Internal Revenue Service (Euliss, Richard) |
| 10/26/05 | Doc #: 41 - Notice of Continued Hearing Objection to Claim(s). Claim No. 3 and |
| 10/26/05 | 6 filed by the Dept. of the Treasury, IRS (related document(s)[16], [28]). |
| 10/26/05 | Hearing scheduled for 3/29/2006 at 09:00 AM at Tampa, FL - Courtroom 8A, Sam M. |
| 10/26/05 | Gibbons Courthouse, 801 N. Florida Avenue. (CLARK, BARRY) |
| 10/18/05 | Subm. O/Cont. CH |
| 10/11/05 | Doc #: 36 - Order Denying Motion For Relief From Stay ; Granting Adequate |
| 10/11/05 | Protection as to Countrywide Home Loans,In.(Related Doc# [30])Signed on 10-11-05 |
| 09/16/05 | Doc #: 35 - Notice of Confirmation Hearing. Hearing scheduled for 10/13/2005 at |
| 09/16/05 | 09:00 AM at Tampa, FL - Courtroom 8A, Sam M. Gibbons Courthouse, 801 N. Florida |
| 09/16/05 | Avenue. (Office of Terry E. Smith (20). ) |
| 09/13/05 | Doc #: 33 - Order Reserving Ruling Motion to Dismiss Case with 180 day |
| 09/13/05 | Injunction (Related Doc # [22]). Signed on 9/13/2005. (HYPERLINK |
| 09/11/05 | Doc #: 32 - BNC Certificate of Mailing - Order Scheduling Hearing. (related |
| 09/11/05 | document(s) (Related Doc # [31]).   Service Date 09/10/2005.  (Admin.) |
| 09/08/05 | Doc #: 31 - Preliminary Hearing Order on Motion for Relief from Stay (related |
| 09/08/05 | document(s)[30]). Hearing scheduled for 10/6/2005 at 01:30 PM at Tampa, FL - |
| 09/08/05 | Courtroom 8A, Sam M. Gibbons Courthouse, 801 N. Florida Avenue.Signed on 9-9-05 |
| 09/02/05 | 30 Day Clause per OOTMTD 9-13-05 (IF CASE GETS DISMISSED-DO IT W/PREJUDICE) |
| 08/30/05 | Doc #: 30 - Motion for Relief from Stay. (Verify Fee) 805 Harbor Drive, |
| 08/30/05 | Belleair Beach, FL 33786 Filed by Jan S McLaughlin on behalf of Creditor |
| 08/30/05 | Countrywide Home Loans - J McLaughlin (Attachments: # (1) Affidavit) |
| 08/29/05 | Doc #: 29 - BNC Certificate of Mailing - Notice of Hearing (related document(s) |
| 08/29/05 | (Related Doc # [28]).   Service Date 08/28/2005.  (Admin.) |
| 08/26/05 | Doc #: 28 - Notice of Continued Hearing Objection to Claim(s). Claim No. 3 and |
| 08/26/05 | 6 filed by the Dept. of the Treasury, IRS (related document(s)[21], [16]). |
| 08/26/05 | Hearing scheduled for 10/26/2005 at 09:30 AM at Tampa, FL - Courtroom 8A, Sam |
| 08/26/05 | M. Gibbons Courthouse, 801 N. Florida Avenue. (CLARK, BARRY) |
| 08/25/05 | Doc #: 27 - BNC Certificate of Mailing - PDF Document. (related document(s) |
| 08/25/05 | (Related Doc # [26]).   Service Date 08/24/2005.  (Admin.) |
| 08/19/05 | Doc #: 26 - Certificate of Mailing via Bankruptcy Noticing Center (related |
| 08/19/05 | document(s)[24]). |
| 08/09/05 | Debtor sending $7212.00 by next Friday |
| 07/27/05 | Doc #: 24 - Notice of Preliminary Hearing on Trustee's Motion to Dismiss, with |
| 07/27/05 | Prejudice, for Failure to make Trustee payments and to bar Debtor(s) from |
| 07/27/05 | filing another Bankruptcy Case for 180 days (related document(s)[22]). Hearing |
| 07/27/05 | scheduled for 8/25/2005 at 11:00 AM at Tampa, FL - Courtroom 8A, Sam M. Gibbons |
| 07/27/05 | Courthouse, 801 N. Florida Avenue. |
| 07/20/05 | Doc #: 22 - Motion to Dismiss Case with 180 Day Injunction For Delinquency In |
| 07/18/05 | Doc #: 21 - Notice of Hearing on Objection to Proof of Claim No. 3 and 6 filed |
| 07/18/05 | by the Department of Treasurym, Internal Revenue Service (related |
| 07/18/05 | document(s)[20], [16]). Hearing scheduled for 8/24/2005 at 09:00 AM at Tampa, |
| 07/18/05 | FL - Courtroom 8A, Sam M. Gibbons Courthouse, 801 N. Florida Avenue. |
| 04/22/05 | Doc #: 15 - Chapter 13 Trustee's Praecipe for Confirmation. Confirmation with |
| 04/22/05 | Unfavorable Recommendation. (Office of Terry E. Smith (29). ) |
| 04/13/05 | Doc #: 14 - Objection to Confirmation of Debtor's Chapter 13 Plan Filed by Jan |
| 04/13/05 | S McLaughlin on behalf of Creditor Countrywide Home Loans - J McLaughlin |
| 04/13/05 | (related document(s)[8]). (McLaughlin, Jan) |
| 04/05/05 | Doc #: 13 - Notice of Appearance and Request for Notice Appearance Filed by Jan |
| 04/05/05 | S McLaughlin on behalf of Creditor Countrywide Home Loans - J McLaughlin. |
| 03/07/05 | Doc #: 9 - Pre-Confirmation Order to Pay Monies to Trustee. (Arciola, Pam) |
| 03/03/05 | Doc #: 8 - Chapter 13 Plan Filed by Debtor Riverson Samuel Leonard Jr. |
| 03/03/05 | Doc #: 7 - Summary of Schedules Schedules A-J, Statement of Financial Affairs |

**05-02470-8-D** Riverson Samuel Leonard Jr.

Status of Case as of 03/24/2009 01:59 PM
Dismissed on 03/24/2009 - Final Rpt
Not Confirmed

**-12 Rmng of 36 Mos. @ $2,404.00 /mo.**
Percent Pay Uns 0

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Date | Description |
|---|---|
| 03/03/05 | Filed by Debtor Riverson Samuel Leonard Jr. (Arciola, Pam) |
| 02/19/05 | Doc #: 5 - BNC Certificate of Mailing - Notice of Meeting of Creditors. |
| 02/19/05 | (related document(s) (Related Doc # [3])). Service Date 02/18/2005. (Admin.) |
| 02/16/05 | Doc #: 1 - Voluntary Petition under Chapter 13. Filing Fee Paid. Disclosure of |
| 02/16/05 | Compensation. Schedules and Statements (Incomplete). Deficiency: Summary of |
| 02/16/05 | Schedules. Schedules A-J. Statement of Financial Affairs. Chapter 13 Plan. |
| 02/16/05 | Filed by Scott D. Larue on behalf of Riverson Samuel Leonard Jr . |
| | Doc #: 20 - Response to Objection to Claim Filed by Richard D Euliss on behalf of Debtor Riverson Samuel Leonard Jr (related document(s)[16]). |

02470-Chapter Report - Receipt History

Status as of 3/24/2009

**05-02470-D**

Riverson Samuel Leonard Jr.
805 Harbor Drive

Belleair Beach FL 33786
First Pmt Date  04/01/2005

Atty: Michael C. Markham, Esq.
Dismissed
Delinquent $21,636.00

-12 Rmng of 36 Mos.
Payment:  $2,404.00 Per M

| Check | Batch Id | Date | Amount Paid | Src | Type | Description | Employer |
|---|---|---|---|---|---|---|---|
| 6219951 | 08070004 | 7/3/2008 | $2,404.00 | RP | Regular Payment | | |
| 50006975 | 08060002 | 6/3/2008 | $2,404.00 | RP | Regular Payment | | |
| 6207112 | 08050002 | 5/2/2008 | $2,404.00 | RP | Regular Payment | | |
| 5897043 | 08040001 | 4/1/2008 | $2,404.00 | RP | Regular Payment | | |
| 31068250 | 08030002 | 3/4/2008 | $2,404.00 | RP | Regular Payment | | |
| 5601274 | 08010033 | 1/29/2008 | $2,404.00 | RP | Regular Payment | | |
| 5653849 | 07120030 | 12/27/2007 | $2,404.00 | RP | Regular Payment | | |
| 5896659 | 07110001 | 11/1/2007 | $4,808.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 5601325 | 07100002 | 10/2/2007 | $2,404.00 | RP | Regular Payment | | |
| 5600916 | 07070038 | 7/31/2007 | $4,808.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 48852609 | 07050087 | 5/30/2007 | $2,404.00 | RP | Regular Payment | | |
| 48852609 | 07050087 | 5/30/2007 | $2,404.00 | RP | Regular Payment | | |
| 6944187 | 07040048 | 4/30/2007 | $404.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 6944186 | 07040048 | 4/30/2007 | $1,000.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 6944188 | 07040048 | 4/30/2007 | $1,000.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 5214061 | 07020018 | 2/16/2007 | $4,808.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 5214109 | 07020004 | 2/5/2007 | $4,808.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| | 07010026 | 1/22/2007 | ($2,404.00) | ET | Electronic Xfer | Returned by bank(Ins funds) | |
| | 07010020 | 1/17/2007 | $2,404.00 | ET | Electronic Xfer | | |
| | 06120028 | 12/22/2006 | ($2,404.00) | ET | Electronic Xfer | Returned by bank(Ins funds) | |
| | 06120019 | 12/18/2006 | $2,404.00 | ET | Electronic Xfer | | |
| | 06110027 | 11/17/2006 | $2,404.00 | ET | Electronic Xfer | | |
| | 06100033 | 10/18/2006 | $2,404.00 | ET | Electronic Xfer | | |
| | 06090026 | 9/18/2006 | $2,404.00 | ET | Electronic Xfer | | |
| | 06080040 | 8/17/2006 | $2,404.00 | ET | Electronic Xfer | | |
| | 06070022 | 7/18/2006 | $2,404.00 | ET | Electronic Xfer | | |
| | 06060022 | 6/19/2006 | $2,404.00 | ET | Electronic Xfer | | |
| | 06050041 | 5/18/2006 | $2,404.00 | ET | Electronic Xfer | | |
| | 06040024 | 4/17/2006 | $2,404.00 | ET | Electronic Xfer | | |
| | 06030032 | 3/17/2006 | $2,404.00 | ET | Electronic Xfer | | |
| | 06020026 | 2/17/2006 | $2,404.00 | ET | Electronic Xfer | | |
| | 06010028 | 1/19/2006 | $2,404.00 | ET | Electronic Xfer | | |
| 41273755 | 05120031 | 12/20/2005 | $2,404.00 | RP | Regular Payment | | |
| 4315363 | 05080034 | 8/24/2005 | $7,212.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 4315362 | 05080034 | 8/24/2005 | $7,212.00 | RP | Regular Payment | Amount out of range, Please Verify | |
| 3989380 | 05050008 | 5/2/2005 | $2,404.00 | RP | Regular Payment | | |
| 3989379 | 05040057 | 4/26/2005 | $2,404.00 | RP | Regular Payment | | |

Total  $93,756.00

Case Status Report on Disbursement

Status as of 3/24/2009

05-02470-D  Riverson Samuel Leonard Jr.
805 Harbor Drive
Belleair Beach FL 33786

Atty: Michael C. Markham, Esq.
Dismissed

| Clm Num | Date | Name | Check# | Principal | Int Pd | Total Paid | R | Type |
|---|---|---|---|---|---|---|---|---|
| 511- 0 | 9/11/2008 | Michael C. Markham, Esq. | 32313 | $500.00<br>$500.00 | $0.00<br>$0.00 | $500.00<br>$500.00 |  | Y |
| 650- 0 | 9/11/2008 | Terry E. Smith, Expense | 32311 | $7,457.01<br>$7,457.01 | $0.00<br>$0.00 | $7,457.01<br>$7,457.01 |  | Y |
| 999- 0 | 9/11/2008 | Riverson Samuel Leonard Jr. | 32312 | $85,755.52<br>$85,755.52 | $0.00<br>$0.00 | $85,755.52<br>$85,755.52 |  | Y |
| TRS- 0 | 9/11/2008 | Terry E. Smith, Commission | 32310 | $43.47<br>$43.47 | $0.00<br>$0.00 | $43.47<br>$43.47 |  | Y |
|  |  | Grand Total |  | $93,756.00 | $0.00 | $93,756.00 |  |  |